# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | LA CV13-08795 JAK (AGRx) | Date | March 3, 2014 |
|---|---|---|---|
| Title | James Payton v. CSI Electrical Contractors, Inc. et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Peter R. Dion-Kindem | Frank Cronin |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND (DKT. 5)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand (the "Motion"). Counsel address the Court. The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' February 21, 2014 Joint Report and sets the following deadlines:

| | |
|---|---|
| March 31, 2014: | Last day to amend or add parties |
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Post Mediation Status Conference |
| November 4, 2014: | Non-Expert Discovery Cut-Off |
| November 18, 2014: | Initial Expert Disclosures |
| December 2, 2014: | Rebuttal Expert Disclosures |
| December 15, 2014: | Last day to hear motions |
| December 16, 2014: | Expert Discovery Cut-Off |
| January 26, 2015 at 3:00 p.m.: | Final Pretrial Conference / Motions in Limine |
| February 6, 2015 at 3:00 p.m.: | Status Conference re Exhibits |
| February 10, 2015 at 9:00 a.m.: | Jury Trial (est. 7-10 days) |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-08795 JAK (AGRx) | Date | March 3, 2014 |
| Title | James Payton v. CSI Electrical Contractors, Inc. et al. | | |

The Court grants the parties' request to participate in a settlement conference with a private neutral. In the event the Court denies the Motion, counsel shall file a joint report by within 10 days of the Court's final order having been issued, which shall include: (i) a proposed briefing schedule and hearing date for a motion for class certification; and (ii) an agreed upon private neutral and date by which the mediation can be completed. The Court will set a date by which the mediation should be completed and a Post Mediation Status Conference upon review of the parties' joint report.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

| | : | 22 |
|---|---|---|
| Initials of Preparer | ak | |